# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

SAMUEL RODRIGUEZ

          Defendant.

JUDGMENT

Case Number: 2:12-cr-00220-KJD-PAL

(Related case: 2:16-cv-01333-KJD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.
IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

9/30/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk